No. 1016, October Term, 1962. JAMIESON v. CELE-BREZZE, SECRETARY OF HEALTH, EDUCATION AND WELFARE, 374 U. S. 487;

No. 1017, October Term, 1962. DONATO v. UNITED STATES, 374 U. S. 828;

No. 1044, October Term, 1962. WAPNICK v. UNITED STATES, 374 U. S. 829;

No. 1045, October Term, 1962. VANCE ET AL. v. MID-LAND ENTERPRISES, INC., ET AL., 373 U. S. 952;

No. 1058, October Term, 1962. GREENE v. IMMIGRA-TION AND NATURALIZATION SERVICE, 374 U. S. 828; and

No. 1097, October Term, 1962. JAMES v. UNITED STATES, 374 U. S. 832. Petitions for rehearing denied.

No. 301, October Term, 1962. WEIGEL v. PARTEN-WEEDEREI ET AL., 371 U. S. 830, 906; and

No. 467, October Term, 1962. ALVADO ET AL. v. GEN-ERAL MOTORS CORP., 371 U. S. 925, 965. Motions for leave to file second petitions for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of these motions.

No. 589, October Term, 1962. TEXAS & NEW ORLEANS RAILROAD CO. ET AL. v. BROTHERHOOD OF RAILROAD TRAIN-MEN ET AL., 371 U. S. 952. Motion for leave to file peti-tion for rehearing denied.

No. 611, October Term, 1962. PUBLIC UTILITY DIS-TRICT No. 1, PEND OREILLE COUNTY, WASHINGTON, v. FEDERAL POWER COMMISSION ET AL., 372 U. S. 908. Mo-tion for leave to file second petition for rehearing denied.

No. 824, October Term, 1962. WILLARD DAIRY CORP. v. NATIONAL DAIRY PRODUCTS CORP., 373 U. S. 934. Mo-tion for leave to file a supplement to the petition for rehearing granted. Petition for rehearing denied.